IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM ANTONIO WILSON,** #R6861 | § § § | **PETITIONER** |
| **VERSUS** | § § | **CIVIL ACTION NO. 1:04cv811DMR-JMR** |
| **DOLAN WALLER, *ET AL.*** | § § | **RESPONDENTS** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the Report and Recommendation of the U. S. Magistrate Judge entered on November 22, 2005 [Doc. No. 13], recommending that the Motion of the Respondents to Dismiss Pursuant to the one-year limitations period of 28 U.S.C. §2244(d) [Doc. No. 10-1] be granted and the above-captioned action be dismissed. After careful consideration of the record and applicable case law, and the time for the filing of Objections having run, this Court is of the opinion that said Report and Recommendation will be adopted as it is neither clearly erroneous nor contrary to law as set forth in Rule 72 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation of the U. S. Magistrate Judge entered in this cause on November 22, 2005 [Doc. No. 13], recommending that the Motion of the Respondents to Dismiss Pursuant to the one-year limitations period of 28 U.S.C. §2244(d) [Doc. No. 10], be and is hereby **ADOPTED** as the finding of this Court and as such the Motion of the Respondents to Dismiss Pursuant to §2244(d) [Doc. No. 10-1] shall be and is hereby **GRANTED**; accordingly, a Final Judgment shall be entered in this cause.

**SO ORDERED AND ADJUDGED** this the ___13th___ day of December, 2005.

/S/ DAN M. RUSSELL, JR.
**UNITED STATES DISTRICT JUDGE**